MICHAEL BAILEY
United States Attorney
District of Arizona
WILLIAM C. STAES
Assistant U.S. Attorney
Illinois State Bar No. 6314835
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
E-mail: William.Staes@usdoj.gov
*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dilshan Fernando,<br><br>  Plaintiff,<br><br>v.<br><br>Jeffery Dann, MD and Jane Doe Dann, husband and wife; Adelante Healthcare, Inc., an Arizona corporation; John and Jane Does 1-10; and Black and White Entities 1-10,<br><br>  Defendants. | Case No.: _____<br><br>Formerly Case No. CV2019-009876<br>(Maricopa County Superior Court)<br><br>**NOTICE OF REMOVAL<br>BY THE UNITED STATES** |

The United States hereby gives notice of the removal of *Dilshan Fernando v. Jeffery Dann, MD, et al.*, Maricopa County Superior Court Case No. CV2019-009876, to the United States District Court for the District of Arizona, pursuant to 42 U.S.C. § 233(c). The United States removes this matter for the following reasons:

1. On or about June 19, 2019, Plaintiff commenced this action in Maricopa County Superior Court by filing a Complaint naming Jeffery Dann, M.D., and Adelante Healthcare, Inc., among others, as Defendants. This action was assigned Maricopa County Superior Court Case Number CV2019-009876. In accordance with LRCiv 3.6, a copy of the Complaint is attached hereto as **Exhibit A**; a copy of the state court docket sheet and the

entire state court file as of July 27, 2020, are attached hereto as **Exhibit B**; and a verification of state court records is attached hereto as **Exhibit C**.

2. Plaintiff alleges that Dr. Jeffery Dann and Adelante Healthcare, Inc., provided negligent medical care to his father, Brian Fernando (the "Decedent"), that caused the Decedent to suffer physical injury, including death. The Complaint asserts tort claims seeking monetary damages for alleged medical negligence and wrongful death against Defendants. (*See* Exhibit A.)

3. Pursuant to 42 U.S.C. § 233(g)-(n), the Secretary of Health and Human Services ("HHS") determined that Defendants Dr. Jeffery Dann and Adelante Healthcare, Inc., were deemed employees of the Public Health Service for the period and acts or omissions giving rise to the causes of action alleged in the Complaint. That determination is binding under 42 U.S.C. § 233(g)(1)(F).

4. Pursuant to 42 U.S.C. § 233(a), Congress has provided that the remedy provided in the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2672, against any person deemed to be a Public Health Service Officer or employee "for damage for personal injury . . . resulting from the performance of medical, surgical, dental, or related functions, . . . while acting within the scope of his office or employment, shall be exclusive of any other civil action or proceeding" and shall be against the United States. 42 U.S.C. § 233(a).

5. In 42 U.S.C. § 233(c), Congress further provided:

> Upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 and all references thereto

42 U.S.C. § 233(c).

6. On July 21, 2020, Michael Ambri, Chief, Civil Division for the United States Attorney's Office, District of Arizona, acting pursuant to the provisions of 42 U.S.C. §

233(c), and by the virtue of the authority vested in the United States attorney by 28 C.F.R. § 15.4 and delegated to Civil Division Chief Ambri, certified that Defendants Jeffery Dann, M.D., and Adelante Healthcare, Inc., were acting within the scope of their deemed federal employment as employees of the Public Health Service at the time of the conduct alleged in the Complaint. *See* Certification of Scope of Employment, attached hereto as **Exhibit D**.

7. This action is one which may be removed under 42 U.S.C. § 233(c) because Plaintiff seeks monetary damages against Dr. Jeffery Dann and Adelante Healthcare, Inc., for alleged negligent acts or omissions that occurred within the scope of their deemed federal employment as employees of the Public Health Service pursuant to 42 U.S.C. § 233(g).

8. There has been no trial in the Maricopa County Superior Court action.

9. Pursuant to LRCiv 3.6, a Notice of Filing Notice of Removal, attaching a copy of this Notice of Removal, will be sent for filing to the Clerk of the Court, Maricopa County Superior Court.

WHEREFORE, for the foregoing reasons, the United States gives notice of the removal of this matter from the Maricopa County Superior Court to the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 27th day of July, 2020.

    MICHAEL BAILEY
    United States Attorney
    District of Arizona

    *s/William C. Staes*
    WILLIAM C. STAES
    Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record in this matter. Further, I have mailed copies of the attached documents to the following entities, persons, or parties:

> Clerk of the Superior Court
> Maricopa County Superior Court
> 18380 N. 40th Street
> Phoenix, Arizona 85032
>
> Dilshan Fernando
> 12518 W. Redfield Rd.
> El Mirage, AZ 85335
> Phone: (602) 599-3878
> Email: dFernando86@yahoo.com
> *Pro se*
>
> T. Scott King
> BROENING OBERG WOODS & WILSON, P.C.
> 2800 North Central Avenue, Suite 1600
> Phoenix, Arizona 85004
> Phone: 602-271-7700
> Fax: 602-258-7785
> Email: tsk@bowwlaw.com
> Attorneys for Defendants in Maricopa County Superior Court Action

*s/Irene Millsaps*
United States Attorney's Office