# EXHIBIT A

# EXHIBIT A

JEFF FINE
Clerk of the Superior Court
By Eufemia Vazquez-Fregoso, Deputy
Date 06/19/2019 Time 11:14:37
Description                        Amount
--------- CASE# CV2019-009876 ---------
CIVIL NEW COMPLAINT               333.00
----------------------------------------
TOTAL AMOUNT                      333.00
         Receipt# 27276134

**DILSHAN FERNANDO**
12518 W. Redfield Rd.
El Mirage, Arizona 85335
Telephone: (602) 599-3878
dFernando86@yahoo.com

Plaintiff *Pro Per*

Document Prepared by:
Steven P. Wyner
AZCLDP #81775

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **DILSHAN FERNANDO**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**JEFFREY DANN, MD and JANE DOE DANN, husband and wife; ADELANTE HEALTHCARE, INC.,** an Arizona corporation; **JOHN AND JANE DOES 1-10;** and **BLACK AND WHITE ENTITIES 1-10,**<br><br>Defendants. | Case No: CV 2019-009876<br><br>**COMPLAINT**<br><br>(Tort – Medical Negligence, Wrongful Death) |

Plaintiff Dilshan Fernando, submits the following complaint against Defendants.

### PARTIES

1.      Plaintiff Dilshan Fernando ("Plaintiff") is an individual residing in Maricopa County, State of Arizona, and is a surviving son of the late Brian Fernando.

2.      That lawsuit is being brought under both the Arizona Wrongful Death Statute and law pertaining to actions involving healthcare negligence claims.

1

3.      That at all times complained of herein, the Defendant, Adelante Healthcare, Inc., was an Arizona corporation doing business in Maricopa County, Arizona as Health Care and Social Assistance organization with its principal place of business located at 3033 N. Central, Suite 145, Phoenix, Arizona 85012.

4.      That at all times complained of herein, the Defendant, Dr. Jeffrey Dann MD was an internal medicine specialist, was a resident of Maricopa County, Arizona, married to Jane Doe Dann and acting on behalf of his marital community either in association with or employed by Defendant, Adelante Healthcare, Inc.

5.      Fictitious persons and entities John and Jane Does 1-10 and Black and White Entities 1-10 are, upon information and belief, persons or entities who may have caused or contributed to the harm suffered by Plaintiffs herein.  Plaintiff shall seek to add them to this matter as their true identities are discovered.

## JURISDICTION AND VENUE

6.      The acts and omissions alleged herein occurred in Maricopa County, State of Arizona.

## GENERAL ALLEGATIONS

7.      On January 30, 2017, Plaintiff's father, Brian Fernando, ("Mr. Fernando") was examined in office by Defendant, Dr. Jeffrey Dann MD ("Dr. Dann") at Defendant, Adelante Healthcare's ("Adelante") facility located at 15351 W. Bell Rd., Surprise, AZ 85374.

8.      On that date, Brian Fernando was examined for hypertension and allegedly complained he was also experiencing pain in his right eye. Dr. Dann issued

2

treatment plan orders for Mr. Fernando's hypertension and referred him to an ophthalmologist regarding Mr. Fernando's right eye pain. See true copies of *Patient Plan*, dated January 30, 2017, and of *Patient* Summary, dated June 30, 2017, attached hereto as **Exhibits 1 & 2**, respectively, and made a part hereof by this reference.

9.    On May 29, 2017, Mr. Fernando suddenly and unexpectedly died the result of a hemorrhagic stroke, which is either a brain aneurysm burst or a weakened blood vessel leak into or around the brain that creates swelling and pressure, damaging cells and tissue in the brain. See true copy of *Certificate of Death*, dated June 13, 2017, attached hereto as **Exhibit 3**, and made a part hereof by this reference.

10.    Upon information and belief Dr. Dann's actions or inactions precipitated and caused as a direct and proximate result the death of Brian Fernando.

11.    That the act of medical malpractice/negligence by Dr. Dann occurred on January 30, 2017 but was not reasonably discovered by Plaintiff until consulting with specialists in December, 2017.

12.    As a direct and proximate result of the Dr. Dann breaching the applicable standard of medical care owed to Brian Fernando, by failing to provide all of the proper medical care following his complaint of right eye pain Brian Fernando died as a direct result from the thereof.

13.    That as a direct and proximate result of the breach of the applicable standard of medical care by the Defendant, the late Brian Fernando suffered conscious pain and suffering, physical injuries, and death.

14.     That all of the injuries and damages sustained by the late Brian Fernando were the direct and proximate result of the negligent actions and breaches of the applicable standards of medical care by Dr. Dann, and Adelante through its employees/servants/agents, without any act or omission on the part of the late Brian Fernando, or on the part of any of the Plaintiff herein, directly thereunto contributing.

15.     That the late Brian Fernando and the Plaintiff herein did not assume the risk of the injuries and death of the late Brian Fernando.

16.     The Defendants employed various medical providers and medical staff at their acute care nursing facility and these employees/servants/agents were acting within the scope of their employment when they rendered medical care to the late Brian Fernando, and they failed to follow the applicable standard of medical care during their care and treatment of the late Brian Fernando at, which proximately resulted in a physical injury to the late Brian Fernando, and proximately caused his  death on May 29, 2019.

## COUNT I:

### Negligence – Medical Malpractice - <u>Survival Action</u>

17.     The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-16 above.

18.     That on or about January 20, 2017 and up until Brian Fernando's death, the Defendants, by and through all of their employees/servant/agents breached the applicable standard of medical care owed to the decedent.

4

19.     This breach proximately caused great physical injury to Brian Fernando resulting in his death, along with conscious pain and suffering and was all the direct and proximate cause of all of the injuries and damages being pursued by the surviving child Plaintiff.

**WHEREFORE:** The Plaintiff claim monetary damages against the Defendants in an amount to be determined at trial, plus costs, and for any further relief this Court determines just and fair.

## COUNT II:

## Wrongful Death

20.     The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-19 above.

21.     That the Defendants, by and through their employees/servants/agents deviated from the acceptable standard of medical care during the care and treatment of the late Brian Fernando and that this deviation from the applicable standard of care was the direct and proximate cause of the death of Brian Fernando.

22.     That as a direct result of the negligence and breaches of the applicable standard of medical care by the Defendants outlined above that resulted in the death of the late Brian Fernando, the Plaintiffs, as surviving children of the late Brian Fernando, sustained those damages as include but not limited to, mental anguish, conscious emotional pain and suffering.

**WHEREFORE:** Plaintiff claims monetary damages against the Defendants in an amount to be determined at trial, plus costs, and for any further relief this Court determines just and fair.

DATED this _17TH_ day of June, 2019.

**DILSHAN FERNANDO**

By: _____
Dilshan Fernando
Plaintiff *in Pro Per*

## VERIFICATION

STATE OF ARIZONA   )
County of Maricopa   ) ss.

I, Dilshan Fernando being first duly sworn on oath, deposes and states: I am the Plaintiff in the above-entitled action; I have read the foregoing Tort-Medical Negligence Complaint; that the facts and matters alleged therein are true in substance and in fact to the best of my knowledge, except as to those matters alleged on information and belief, and as to those matters I believe them to be true.

_____
Dilshan Fernando

SUBSCRIBED AND SWORN TO before me this _17_ of June, 2019,

_____
Notary Public

My commission expires: _2/18/2022_



STEVEN P WYNER
Notary Public, State of Arizona
Maricopa County
My Commission Expires
February 18, 2022

**EXHIBIT 1**



ADELANTE
HEALTHCARE

# PATIENT PLAN
## Brian Fernando
01/30/2017 7:40 AM
Visit Type: Office Visit (99214)

Thank you for choosing us for your healthcare needs.  The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

Reason(s) for visit: hypertension.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Essential hypertension (I10). |
|  | Patient Plan | BP is mildly elevated today.  He did not take his BP medication today, because he wanted to get lab work done.  He is to take his BP daily for the next 2 weeks and keep a log.  Call us with the results.  He is due for blood work. |
|  | Plan Orders | CBC With Differential/Platelet to be performed, Comp. Metabolic Panel (14) to be performed, Hemoglobin A1c to be performed, Lipid Panel to be performed and Microalb/Creat Ratio, Randm Ur to be performed.    Today's instructions / counseling include(s) Increase activity, a teachback techniqe was utilized for patient education, Follow a low sodium diet and Follow up in 3 months. |
|  |  |  |
| 2. | Assessment | Pre-diabetes (R73.03). |
|  | Patient Plan | Continue metformin.  Last A1C 6.3 |
|  |  |  |
| 3. | Assessment | Pain in right eye (H57.11). |
|  | Patient Plan | Will refer to ophthalmology.  His pupils are fixed and dilated, since previous eye surgery.  He c/o having headaches.  Having chronically dilated pupils may be contributing. |
|  | Plan Orders | Referral: Ophthalmology. Evaluate and treat. |
|  |  |  |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Increase activity. a teachback techniqe was |  |  |  |  |  |  |  |

Fernando, Brian      02/22/1946                          1/3

utilized for
patient
education
Follow a low
sodium diet.
Follow up in 3
months

## Medications

| Medication | Dose | Sig Description | Comments |
|---|---|---|---|
| aspirin 81 mg tablet,delayed release | 81 mg | take 1 tablet by oral route  every day | taking as directed |
| hydralazine 50 mg tablet | 50 mg | take 1 tablet by oral route 2 times every day with food | taking as directed |
| losartan 100 mg-hydrochlorothiazide 25 mg tablet | 100 mg-25 mg | take 1 tablet by oral route  every day | |
| metformin 500 mg tablet | 500 mg | take 1 tablet by oral route 2 times every day with morning and evening meals | taking as directed |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## BP/Temp/Pulse/Respiration

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Height (Total in.) | Weight (lbs.) | Weight (oz.) | BMI |
|---|---|---|---|---|---|---|---|
| 148/98 | 81 | 14 | 97.60 | | 172.60 | | 27.03 |

### Height/Weight/BMI

| Height Ft | In | cm | Weight lb | oz | kg | BMI (kg/m2) |
|---|---|---|---|---|---|---|
| 5.0 | 7.00 | 170.18 | 172.60 | | 78.290 | 27.03 |

## Instructions/Education

| Status | Order |
|---|---|
| completed | Increase activity. |
| completed | a teachback techniqe was utilized for patient education |
| completed | Follow a low sodium diet. |
| completed | Follow up in 3 months |

## Lab Studies

| Status | Lab Study | Timeframe | Date | Comments | Interpretation | Value |
|---|---|---|---|---|---|---|
| ordered | CBC With Differential/Platelet | | | | | |
| | Fernando, Brian | 02/22/1946 | | 2/3 | | |

| | |
|---|---|
| ordered | Comp. Metabolic Panel (14) |
| ordered | Hemoglobin A1c |
| ordered | Lipid Panel |
| ordered | Microalb/Creat Ratio, Randm Ur |

**Referrals:**

| Status | Physician | Timeframe | Appointment |
|---|---|---|---|
| ordered | Referral: Ophthalmology. Evaluate and treat. | | |

**To Be Scheduled / Ordered:**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| ordered | Referral: Ophthalmology. Evaluate and treat. | | H57.11 | | |
| ordered | CBC With Differential/Platelet | | I10 | | |
| ordered | Comp. Metabolic Panel (14) | | I10 | | |
| ordered | Hemoglobin A1c | | I10 | | |
| ordered | Lipid Panel | | I10 | | |
| ordered | Microalb/Creat Ratio, Randm Ur | | I10 | | |

**Recommendations For Patient**

| | | Recommendations |
|---|---|---|
| Increase activity. | completed 01/30/2017 | |
| a teachback techniqe was utilized for patient education | completed 01/30/2017 | |
| Follow a low sodium diet. | completed 01/30/2017 | |
| Follow up in 3 months | completed 01/30/2017 | |

**Services Billed This Visit**

| Service | CPT | Mod | Dx 1 | Dx 2 | Dx 3 | Dx 4 |
|---|---|---|---|---|---|---|
| OFFICE/OUTPATIENT VISIT, EST | 99214 | | I10 | R73.03 | H57.11 | |

Sincerely,

*Completed by: Jeffrey Dann MD 01/30/2017 08:41 AM*

**Document generated by: Tiffany Harris MA 01/30/2017**

Adelante Healthcare Surprise          Fernando , Brian  DOB: 02/22/1946
Phone Number: 1-877-809-5092

**EXHIBIT 2**



# ADELANTE
## HEALTHCARE

| | |
|---|---|
| Patient: | Brian Fernando |
| Date of Birth: | 02/22/1946 |
| Date: | 06/30/2017 1:14 PM |
| Type: | Patient Summary |

## Active Medications *(started before visit)*

| Medication | Start Date | Stop Date | Sig Desc |
|---|---|---|---|
| LOSARTAN/HYDROCHLOROTHIAZIDE | 01/30/2017 | | take 1 tablet by oral route  every day |
| ASPIRIN | | | take 1 tablet by oral route  every day |
| METFORMIN HCL | | | take 1 tablet by oral route 2 times every day with morning and evening meals |
| LOSARTAN POTASSIUM | | 01/30/2017 | take 1 tablet by oral route  every day |
| HYDRALAZINE HCL | | | take 1 tablet by oral route 2 times every day with food |
| HYDROCHLOROTHIAZIDE | | 01/30/2017 | take 1 tablet by oral route  every day |

## Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

No known allergies.

### PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Essential hypertension | 12/27/2016 | N | |
| Pre-diabetes | 12/27/2016 | N | |

### Assessment History

| Encounter Date | Diagnosis | Diagnosis Code | Status |
|---|---|---|---|
| 01/30/2017 07:40 AM | Pain in right eye | H57.11 | |
| 01/30/2017 07:40 AM | Pre-diabetes | R73.03 | |
| 01/30/2017 07:40 AM | Essential hypertension | I10 | |
| 01/30/2017 07:40 AM | Body mass index (BMI) 27.0-27.9, adult | Z68.27 | |
| 12/27/2016 08:40 AM | Pre-diabetes | R73.03 | |
| 12/27/2016 08:40 AM | Essential hypertension | I10 | |

## Social History

*Completed by: Jeffrey Dann MD 06/30/2017 01:14 PM*

**Document generated by: Thalia Carrillo 06/30/2017**

**Adelante Healthcare Surprise**
**Phone Number: 1-877-809-5092**

Fernando , Brian  DOB: 02/22/1946



# ADELANTE
## HEALTHCARE

| | |
|---|---|
| **PATIENT:** | Brian Fernando |
| **D.O.B** | 02/22/1946 |
| **DATE:** | 06/30/2017 |
| **PROVIDER:** | Jeffrey Dann MD |
| **PRACTICE:** | Adelante Healthcare Surprise |
| **RE:** | Lab Results History |

## Lab Results History
*All Lab Results*

**ORDER:CBC With Differential/Platelet / Comp. Metabolic Panel (14) / Hemoglobin A1c / Lipid Panel / Microalb/Creat Ratio, Randm Ur**     **Final**     **Signed-Off**

**Hemoglobin A1c**     **01/30/2017 08:49**

| Description | Result | | Flags | Range |
|---|---|---|---|---|
| **Hemoglobin A1c** | 6.0 | | H | 4.8-5.6 |

**Comments**
Performed At: PDLCA, LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ, 850402969
Brian, Poirier, MD, Phone: 8007889743
Hemoglobin A1c:

     Pre-diabetes: 5.7 - 6.4
     Diabetes: >6.4
     Glycemic control for adults with diabetes: <7.0

**Microalb/Creat Ratio, Randm Ur**     **01/30/2017 08:49**

| Description | Result | Flags | Range |
|---|---|---|---|
| **Creatinine, Urine** | 228.1 | | Not Estab. |
| Microalb/Creat Ratio | 4.3 | | 0.0-30.0 |
| Microalbumin, Urine | 9.9 | | Not Estab. |

**Comments**
Performed At: PDLCA, LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ, 850402969
Brian, Poirier, MD, Phone: 8007889743

**Lipid Panel**     **01/30/2017 08:49**

| Description | Result | Flags | Range |
|---|---|---|---|
| **Cholesterol, Total** | 206 | H | 100-199 |
| Comment: | | | |
| HDL Cholesterol | 54 | | >39 |
| LDL Cholesterol Calc | 119 | H | 0-99 |
| Triglycerides | 167 | H | 0-149 |

Fernando, Brian    000000257495 02/22/1946 06/30/2017 01:14 PM Page: 1/3

**Comments**

Performed At: PDLCA, LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ, 850402969
Brian, Poirier, MD, Phone: 8007889743

## Comp. Metabolic Panel (14)

01/30/2017 08:49

| Description | Result | Flags | Range |
|---|---|---|---|
| A/G Ratio | 1.7 | | 1.1-2.5 |
| Albumin, Serum | 4.3 | | 3.5-4.8 |
| Alkaline Phosphatase, S | 79 | | 39-117 |
| ALT (SGPT) | 22 | | 0-44 |
| AST (SGOT) | 28 | | 0-40 |
| Bilirubin, Total | 1.3 | H | 0.0-1.2 |
| BUN | 15 | | 8-27 |
| BUN/Creatinine Ratio | 15 | | 10-22 |
| Calcium, Serum | 10.3 | H | 8.6-10.2 |
| Carbon Dioxide, Total | 25 | | 18-29 |
| Chloride, Serum | 96 | | 96-106 |
| Creatinine, Serum | 1.00 | | 0.76-1.27 |
| eGFR If Africn Am | 88 | | >59 |
| eGFR If NonAfricn Am | 76 | | >59 |
| Globulin, Total | 2.6 | | 1.5-4.5 |
| Glucose, Serum | 140 | H | 65-99 |
| Potassium, Serum | 3.4 | L | 3.5-5.2 |
| Protein, Total, Serum | 6.9 | | 6.0-8.5 |
| Sodium, Serum | 141 | | 134-144 |

**Comments**

Performed At: PDLCA, LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ, 850402969
Brian, Poirier, MD, Phone: 8007889743
Calcium, Serum:
**Verified by repeat analysis**

## CBC With Differential/Platelet

01/30/2017 08:49

| Description | Result | Flags | Range |
|---|---|---|---|
| Baso (Absolute) | 0.0 | | 0.0-0.2 |
| Basos | 1 | | |
| Eos | 2 | | |
| Eos (Absolute) | 0.1 | | 0.0-0.4 |
| Hematocrit | 44.4 | | 37.5-51.0 |
| Hematology Comments: | | | |
| Hemoglobin | 15.3 | | 12.6-17.7 |
| Immature Cells | | | |
| Immature Grans (Abs) | 0.0 | | 0.0-0.1 |
| Immature Granulocytes | 0 | | |
| Lymphs | 32 | | |
| Lymphs (Absolute) | 2.3 | | 0.7-3.1 |
| MCH | 30.7 | | 26.6-33.0 |
| MCHC | 34.5 | | 31.5-35.7 |
| MCV | 89 | | 79-97 |
| Monocytes | 10 | | |
| Monocytes(Absolute) | 0.7 | | 0.1-0.9 |
| Neutrophils | 55 | | |
| Neutrophils (Absolute) | 3.9 | | 1.4-7.0 |
| NRBC | | | |

| Platelets | 233 | 150-379 |
| RBC | 4.98 | 4.14-5.80 |
| RDW | 13.0 | 12.3-15.4 |
| WBC | 7.0 | 3.4-10.8 |

**Comments**
12@16.NONE
Performed At: PDLCA, LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ, 850402969
Brian, Poirier, MD, Phone: 8007889743

*Completed by: Jeffrey Dann MD 06/30/2017 01:14 PM*

**Document generated by:** Thalia Carrillo  06/30/2017



ADELANTE
HEALTHCARE

PATIENT:  Brian Fernando
DATE OF BIRTH:  02/22/1946
Date:  01/30/2017 07:40 AM
HISTORIAN:  self

VISIT TYPE:  Office Visit

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Essential hypertension (I10). |
| | Patient Plan | BP is mildly elevated today.  He did not take his BP medication today, because he wanted to get lab work done.  He is to take his BP daily for the next 2 weeks and keep a log.  Call us with the results.  He is due for blood work. |
| | Plan Orders | CBC With Differential/Platelet to be performed, Comp. Metabolic Panel (14) to be performed, Hemoglobin A1c to be performed, Lipid Panel to be performed and Microalb/Creat Ratio, Randm Ur to be performed.    Today's instructions / counseling include(s) Increase activity, a teachback techniqe was utilized for patient education, Follow a low sodium diet and Follow up in 3 months. |
| 2. | Assessment | Pre-diabetes (R73.03). |
| | Patient Plan | Continue metformin. Last A1C 6.3 |
| 3. | Assessment | Pain in right eye (H57.11). |
| | Patient Plan | Will refer to ophthalmology. His pupils are fixed and dilated, since previous eye surgery. He c/o having headaches.  Having chronically dilated pupils may be contributing. |
| | Plan Orders | Referral: Ophthalmology. Evaluate and treat. |
| 4. | Assessment | Body mass index (BMI) 27.0-27.9, adult (Z68.27). |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling. Giving encouragement to exercise. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Increase activity. a teachback techniqe was utilized for | | | | | | | |

1   BrianFernando 02/22/1946                                         01/30/2017 07:40 AM

patient
education
Follow a low
sodium diet.
Follow up in 3
months

## Pain Management Plan

Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

## Orders

To Be Scheduled / Ordered:

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|--------|-------|--------|------------|-----------|-------------|
| ordered | Referral: Ophthalmology. Evaluate and treat. | | H57.11 | | |
| ordered | CBC With Differential/Platelet | | I10 | | |
| ordered | Comp. Metabolic Panel (14) | | I10 | | |
| ordered | Hemoglobin A1c | | I10 | | |
| ordered | Lipid Panel | | I10 | | |
| ordered | Microalb/Creat Ratio, Randm Ur | | I10 | | |

Referrals:

| Status | Physician | Timeframe | Appointment |
|--------|-----------|-----------|-------------|
| ordered | Referral: Ophthalmology. Evaluate and treat. | | |

## Medications

| | |
|---|---|
| aspirin 81 mg tablet,delayed release | take 1 tablet by oral route  every day |
| hydralazine 50 mg tablet | take 1 tablet by oral route 2 times every day with food |
| losartan 100 mg-hydrochlorothiazide 25 mg tablet | take 1 tablet by oral route  every day |
| metformin 500 mg tablet | take 1 tablet by oral route 2 times every day with morning and evening meals |

**Reason For Visit:**

This 70 year old male presents for hypertension and Eye Problems.

## History of Present Illness:

1. hypertension
  It is currently stable.  Risk factors include age over age 60 and male gender.  The hypertension is exacerbated by nothing.  Pertinent negatives include chest pain, claudication, dyspnea, fatigue and irregular heartbeat/palpitations.  Additional information: Also, had mildly elevated blood sugar on previous labs.
2. Eye Problems
  The severity of the problem is moderate.  Pain scale: 0/10.  The problem has worsened.  The symptoms are intermittent.  Symptoms located at globe.  Discomfort is described as dull pain.  Patient reports no discharge.  Pertinent negatives include cough or malaise.  Additional information: He also c/o having intermittent headaches.

### REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|--------|---------|---------|

| | | |
|---|---|---|
| Constitutional | Negative | Chills, fatigue, fever, malaise, night sweats, weight gain and weight loss. |
| Respiratory | Negative | Chronic cough, cough, dyspnea, known TB exposure and wheezing. |
| Cardio | Negative | Chest pain, claudication, edema and irregular heartbeat/palpitations. |

## Vital Signs

| BP (mmHg) | HR (bpm) | Temp (F) | RR (rpm) | Pain Score | PulseOx (%) |
|---|---|---|---|---|---|
| 148/98 | 81 | 97.60 | 14 | 0/10 | 95 |
| 138/91 | | | | 0/10 | |

| BMI (kg/m2) | BMI% | Weight (lb) | Weight (oz) | Weight% | Height (ft) | Height (in) | Height% |
|---|---|---|---|---|---|---|---|
| 27.03 | 0 | 172.60 | | | 5.0 | 7.00 | |

| Weight (kg) | Weight% | Height (cm) | Height% |
|---|---|---|---|
| 78.290 | | 170.18 | |

## Pain Score

Pain Scale: 0/10.

Physical Exam:

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | * | Pupil - Right: dilated, light reflex absent, Left: dilated, light reflex absent. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Extremity | Normal | No edema. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |

## SOCIAL HISTORY (Detailed)

Tobacco use reviewed.
Smoking status: Never smoker.

SMOKING STATUS

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never | | Never smoker | | | |

3   BrianFernando 02/22/1946                                    01/30/2017 07:40 AM

CAFFEINE
The patient does not use caffeine.


**Social History** (Detailed)
**Tobacco:**
Smoking status: Never smoker.
**Alcohol:**
The patient uses alcohol.Type: Hard liquor. 1 glass consumed occasionally.
**Caffeine:**
The patient does not use caffeine.
## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.
Advance Directives
**Nutrition/Supplements:**
**Problems List:**

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Essential hypertension | 12/27/2016 | N | |
| Pre-diabetes | 12/27/2016 | N | |

## Counseling / Educational Factors:

**Recommendations**

| | | |
|---|---|---|
| Increase activity. | completed | 01/30/2017 |
| a teachback techniqe was utilized for patient education | completed | 01/30/2017 |
| Follow a low sodium diet. | completed | 01/30/2017 |
| Follow up in 3 months | completed | 01/30/2017 |
| Giving encouragement to exercise | completed | 01/31/2017 |
| Dietary management education, guidance, and counseling | completed | 01/31/2017 |

Work on increasing exercise.

Cut down on salt in diet. Cut down on tota


The patient was checked out at 8:40 AM by Tiffany Harris MA.
*Completed by: Jeffrey Dann MD 01/31/2017 08:41 AM*
Document Generated By: Jeffrey Dann 01/31/2017 08:41 AM


Adelante Healthcare Surprise                    Fernando , Brian  DOB: 02/22/1946
Phone Number: 1-877-809-5092

Electronically signed by Jeffrey Dann MD on 01/31/2017 04:24 PM

**EXHIBIT 3**

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

State File NO. 102- 2017-025132

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | 2. AKA'S (IF ANY) | 3. DATE OF DEATH |
|---|---|---|
| BRIAN GABRIAL FERNANDO | | 05/29/2017 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER | 6. DATE OF BIRTH | 7. AGE | UNDER 1 YEAR | | UNDER 1 DAY | |
|---|---|---|---|---|---|---|---|
| | | | | 8. MONTHS | 9. DAYS | 10. HOURS | 11. MINUTES |
| MALE | 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 | 02/22/1946 | 71 | | | | |

| 12. PLACE OF DEATH - HOSPITAL: | 13. PLACE OF DEATH - OTHER THAN HOSPITAL: |
|---|---|
| ☒ INPATIENT ☐ E.R./OUTPATIENT ☐ DEAD ON ARRIVAL | ☐ NURSING HOME OR LONG TERM CARE FACILITY ☐ RESIDENCE ☐ HOSPICE FACILITY ☐ OTHER____ |

| 14. FACILITY NAME (OR STREET ADDRESS IF NOT A FACILITY) | 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH: | 16. COUNTY OF DEATH: |
|---|---|---|
| SELECT SPECIALTY HOSPITAL PHOENIX | PHOENIX 85013 | MARICOPA |

| 17. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 18. MARITAL STATUS AT TIME OF DEATH: | 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE) |
|---|---|---|
| SRI LANKA | MARRIED | CHERYL I.E. FERNANDO |

| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS: | 21. CITY AND COUNTY: | 22. STATE | 23. ZIP CODE | 24. EVER IN THE ARMED FORCES |
|---|---|---|---|---|
| 17172 W YOUNG ST | SURPRISE, MARICOPA | ARIZONA | 85388 | NO |

| 25. WAS DECEDENT OF HISPANIC ORIGIN? | 26. DECEDENT'S RACE(S): | 27. IF AMERICAN INDIAN OR ALASKA NATIVE SPECIFY UP TO 4 TRIBES |
|---|---|---|
| ☒ NO, NOT SPANISH, HISPANIC OR LATINO | ☐ WHITE; ☐ BLACK, AFRICAN AMERICAN ☐ NATIVE HAWAIIAN | PRIMARY OR ENROLLED TRIBE: |
| ☐ YES, MEXICAN, MEXICAN AMERICAN, CHICANO | ☒ OTHER ASIAN (SPECIFY) | |
| ☐ YES, PUERTO RICAN | ☐ ASIAN INDIAN ☐ CHINESE ☐ FILIPINO | ADDITIONAL TRIBE |
| ☐ YES, CUBAN | ☐ JAPANESE ☐ GUAMANIAN OR CHAMORRO | ☐ OTHER PACIFIC ISLANDER (SPECIFY) |
| ☐ YES, OTHER (SPECIFY) | ☐ KOREAN ☐ VIETNAMESE | ☐ OTHER (SPECIFY) | ADDITIONAL TRIBE |
| ☐ UNKNOWN | ☐ SAMOAN | SINHALESE | |
| | ☐ AMERICAN INDIAN OR ALASKA NATIVE | ☐ UNKNOWN | ADDITIONAL TRIBE |

| 28. OCCUPATION: |
|---|
| DRIVER |

| 29. FATHER'S NAME (FIRST, MIDDLE, LAST): | 30. MOTHER'S NAME FIRST, MIDDLE & LAST NAME PRIOR TO FIRST MARRIAGE) |
|---|---|
| BERTRUM FERNANDO | ELLA FERNANDO |

| 31. INFORMANT'S NAME | 32. RELATIONSHIP | 33. INFORMANT'S MAILING ADDRESS: |
|---|---|---|
| CHERYL I.E FERNANDO | SPOUSE | 17172 W YOUNG ST, SURPRISE, ARIZONA 85388 |

| 34. NAME AND ADDRESS OF FUNERAL FACILITY: | 35. FUNERAL DIRECTOR: | 36. LICENSE NUMBER: |
|---|---|---|
| MENKE FUNERAL & CREMATION CENTER 12420 N. 103RD AVE. SUN CITY, AZ | PEDER J STRAND, FUNERAL DIRECTOR | F0963 |

| 37. METHOD(S) OF DISPOSITION: | 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY: | 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY: |
|---|---|---|
| BURIAL | SUNLAND MEMORIAL PARK CEMETERY, SUN CITY, ARIZONA | NONE |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| IMMEDIATE CAUSE OF DEATH | 40. A | 41. APPROXIMATE INTERVAL: |
|---|---|---|
| | HEMORRHAGIC STROKE | UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: | 42. B | 43. APPROXIMATE INTERVAL: |
| | | |
| DUE TO OR AS A CONSEQUENCE OF: | 44. C | 45. APPROXIMATE INTERVAL: |
| | | |
| DUE TO OR AS A CONSEQUENCE OF: | 46. D | 47. APPROXIMATE INTERVAL: |
| | | |

### CAUSE OF DEATH PART II

| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 40 ABOVE. | 49. INJURY? | 50. WORK AT WORK? | 51. MANNER OF DEATH | 52. TIME OF DEATH |
|---|---|---|---|---|
| | NO | NO | NATURAL DEATH | 1942 |
| | 53. WAS AN AUTOPSY PERFORMED? | | 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| | NO | | | |

### CAUSE AND MANNER OF DEATH CERTIFICATION

| ☒ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated. | 55. NAME OF PERSON COMPLETING CAUSE OF DEATH | 56. DATE CERTIFIED: |
|---|---|---|
| ☐ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | ARYA NABAVIEH, MD | 06/06/2017 |

| 57. CERTIFIER'S ADDRESS: | 58. NAME OF REGISTRAR: | 59. DATE REGISTERED: |
|---|---|---|
| 340 E PALM LN A-175, PHOENIX, AZ 85004 | MICHELE CASTANEDA-MARTINEZ | 06/13/2017 |

DATE ISSUED: 06/21/2017

10365518

This is a true certification of the facts on file with the Arizona Department of
Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revised 07/2016

_Krystal Colburn_
KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar with the raised seal of the issuing agency.

ARIZONA DEPARTMENT
OF HEALTH SERVICES

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE